

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  JUN 30 2011

LORETTA G. WHYTE
CLERK

United States Court of Appeals
Fifth Circuit

**F I L E D**
June 7, 2011

Lyle W. Cayce
Clerk

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 10-30674

D.C. Docket No. 2:10-CV-730

WAYNE GLEN DAY,

    Plaintiff - Appellant

v.

LOCKHEED MARTIN CORPORATION; CHERYL ALEXANDER,

    Defendants - Appellees

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

Before JONES, Chief Judge, and DAVIS and BARKSDALE, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: 29 JUN 2011

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc. No. _____

A True Copy
Attest   29 JUN 2011

Clerk, U.S. Court of Appeals, Fifth Circuit

By: _____
    Deputy

New Orleans, Louisiana